IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-cr-30066-DWD-1 |
| ) | |
| LUIS A. AGUILAR-CALDERA, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM & ORDER

**DUGAN, District Judge**:

Before the Court is Defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendment 821, Part B (Zero-Point Offenders under § 4C1.1) ("Motion") (Doc. 132). The Government does not oppose the Motion. (Doc. 134).

The parties agree Defendant is eligible for a reduction of sentence under Part B of Amendment 821. Part B of Amendment 821 added U.S.S.G. § 4C1.1 (2023) to alter criminal history calculations for some offenders with no criminal history points. Specifically, U.S.S.G. § 4C1.1 (2023) provides that if a defendant had accumulated no criminal history points and his offense did not involve specified aggravating factors, his offense level would be reduced by 2 points. Part B of Amendment 821 is retroactive but cannot become retroactively effective until February 1, 2024. *See* U.S.S.G. § 1B1.10(d) & (e)(2) (2023).

On April 12, 2023, the Defendant was sentenced by this Court to serve a term of 70 months in the custody of the United States Bureau of Prisons. (Doc. 105). Defendant's total offense level at sentencing was 27 and his criminal history category was I (zero

points), which provided for a sentencing range of between 70 and 87 months. The retroactive amendment to U.S.S.G. §4C1.1 reduces Defendant's offense level from 27 to 25, which results in a lower advisory guideline range of 57 to 71 months.

In light of the above, the parties agree a reduction to 57 months of imprisonment, a proportionate reduction in sentence from the original sentence imposed, is appropriate. (Docs. 132 and 134). The Court agrees for the reasons set forth in the Motion and Response.

Accordingly, the Court **GRANTS** the Motion (Doc. 132) and **REDUCES** Defendant's sentence from 70 months of imprisonment to 57 months of imprisonment, effective February 1, 2024. The Court attaches its standard order (AO Form 247) to reflect the aforementioned sentence reduction. All other terms of the judgment, dated April 12, 2023, shall remain unchanged. (Doc. 105).

**SO ORDERED**.

Dated: January 12, 2024

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge